# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| KRISTINE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **C05-1725 JPD** |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pursuant to the letter received on 20 October 2005 from plaintiff's counsel advising the court the plaintiff "has elected not to file a claim in this matter" (dkt #5), the Clerk is hereby directed to terminate this matter as a voluntary dismissal.

Dated this 31st day of October , 2005

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**